THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| THE HONORABLE ) | |
|   MICHAEL CHERTOFF, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Raymond Jewell Toney hereby moves this Court for admission to practice *pro hac vice* in the above-captioned case. In accordance with LCvR 83.2(c), the required declaration prepared by applicant accompanies this motion, along with a proposed order.

Respectfully submitted,

Raymond J. Toney
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 661-459-0476

David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*