## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. |
| v. | ) |
| THE HONORABLE MICHAEL CHERTOFF, | ) |
| *Defendant*. | ) |

## **ORDER**

IT IS ORDERED, on his motion to practice *pro hac vice*, that Raymond Jewell Toney is hereby admitted to practice *pro hac vice* in the above captioned case.

Date: _____          _____
                                United States District Judge