IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D.<br>Commander, U.S. Public Health Service<br>110 W. Andrews Avenue, #200<br>Wildwood, NJ 08260<br><br>            Plaintiff,<br><br>      v.<br><br>THE HONORABLE MICHAEL CHERTOFF,<br>Secretary, Department of Homeland Security<br>Washington, DC, 20258<br><br>            Defendant. | Civil Action No. 06-0292 (ESH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/ Claire Whitaker
CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137