UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE CACHO, M.D.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0292 (ESH) |
| ) | |
| **THE HONORABLE MICHAEL CHERTOFF,** ) | |
| Secretary, Department of Homeland Security ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time to and including June 2, 2006, to answer or otherwise respond to the allegations in this complaint filed pursuant to the Privacy Act, 5 U.S.C. § 552a. Defendant's answer is presently due on May 5, 2006. Undersigned counsel primarily has attempted unsuccessfully to contact plaintiff's counsel, both in Washington and New York. The reasons for this request are as follows:

In order to respond to the allegations in the complaint, defendant must assemble and review a number of records. This process has been ongoing since service was effected on defendant. However, to date the agency is still in the process of identifying records. In addition, preliminary review of the case and discussions between agency counsel and undersigned counsel primarily assigned to the case suggest that a dispositive motion, in lieu of an answer, may be the appropriate course of action in this case. However, this decision cannot be made until the investigative stage is completed and the records have been reviewed. It is anticipated that approximately three additional weeks will be necessary to complete this process. Thereafter, undersigned counsel will promptly draft the answer or a dispositive motion for filing with the

Court. Accordingly, defendant respectfully requests an extension of time, to and including June 2, 2006, to respond to the allegations in plaintiff's complaint.

A proposed order is attached.

                                              Respectfully submitted,

                                              /s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

                                              /s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                              /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137