UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE CACHO, M.D.** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 06-0292 (ESH)<br>) |
| **THE HONORABLE MICHAEL CHERTOFF,**<br>Secretary, Department of Homeland Security | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

ORDER

Upon consideration of defendant's motion for extension of time, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant shall have to and including June 2, 2006, to answer or otherwise respond to the complaint in this case.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Claire Whitaker
U.S. Attorney's Office, D.C.
555 4th St., NW, Room E-4204
Washington, DC 20530

David P. Sheldon
Law Office of David P. Sheldon
512 Eighth St., SE
Washington, DC 20003-2834