UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE CACHO, M.D., | ) | |
| Commander, U.S. Public Health Service | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:06CV00292 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| THE HONORABLE MICHAEL CHERTOFF | ) | |
| Secretary, Department of Homeland Security | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the parties' Joint LCvR 16.3 Report, it is this _____ day of _____,

ORDERED, that defendant's dispositive motion is due on June 29, 2006, if not already filed, with oppositions and replies filed in accordance with the rules of this Court, and it is

FURTHER ORDERED, that discovery will be stayed pending further order of this Court after its ruling on dispositive motions.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE