# Attachment B

COAST GUARD AVIATION MEDICAL MANUAL,

COMMANDANT INSTRUCTION M6410.3

ARTICLE 1.A.4.

CHAPTER 1.  AVIATION PERSONNEL CLASSIFICATION AND PHYSICAL
            STANDARDS

Section A - Aviation Personnel Classification.

1. Aviation Personnel in General.  The term "aviation personnel" includes all individuals who, in the performance of their present or past duty, are required to make frequent aerial flights.  Aviation personnel are divided into two classes:  Class 1 and Class 2.

2. Class 1.  Class 1 consists of aviation personnel, under the age of 50, engaged in actual control of aircraft, which includes aviators, student aviators, and student flight surgeons that are chosen to perform solo flights.  Personnel meeting these requirements may be assigned to unlimited or unrestricted flight.

3. Class 1R.  Class 1R consists of aviation personnel engaged in actual control of aircraft who:

   a. meet Class 1 standards but are age 50 or over; or

   b. have a waiver (temporary or permanent) of physical standards that prohibits unrestricted flight.  The flight restriction(s) to which the Class 1R pilot is subject will be defined by the waiver authority.  In all cases, however, Class 1R aviators will fly as a dual pilot with a Class 1 aviator.

4. Class 2.  Class 2 consists of aviation personnel not primarily designated to be in actual control of aircraft.  This includes aviation observers, technical observers, flight surgeons, aviation medical officers, aeromedical physician assistants, aviation medevac specialists/mission specialists, flight officers, aircrew members, air traffic controllers, and other persons ordered to duty involving flying.

5. Changing Classes.  Except for changes in class due solely to age, individuals requiring a change in their classification for more than two months must submit the following to Commander, Coast Guard Personnel Command (CGPC):

   a. SF-502, Narrative Summary, completed by a flight surgeon/aviation medical officer/aeromedical physician assistant stating the need for the class change and whether a permanent or temporary change is requested; and

   b. command endorsement.

Section B - General Instructions for Aviation Examinations.

1. Purpose of Aviation Physical Examinations.

   a. The Coast Guard physical examination for flying shall be limited to aviation personnel and authorized aviation candidates.  The object of an aviation physical examination is to ensure individuals involved in aviation are physically, mentally and emotionally qualified for such duty, and to remove from aviation those who are temporarily or permanently unfit because of physical, mental or emotional defect.

COAST GUARD AVIATION MEDICAL MANUAL,

COMMANDANT INSTRUCTION M6410.3

ARTICLE 7.A.1.a.

CHAPTER 7 MEDICAL OFFICER TRAINING/ASSIGNMENT TO AVIATION DUTIES

Section A- Medical Officer Training/Duties.

1. Definitions and Designations.

   a. Flight Surgeon (FS).

      (1) A Flight Surgeon Trainee (FST) (see 7-A-1.b) who has completed the requisite number of hours of flight time and other requirements. Commander, Coast Guard Personnel Command (CGPC-opm) designates an officer as a FS upon receipt of certification of completion of the required flight time and other requirements in Coast Guard aircraft subsequent to the FST designation, with endorsement by local command and Commandant (G-WKH-1); or

      (2) A physician graduate of the Navy or Air Force Residency in Aerospace Medicine, a graduate of the 6-month course at the Naval Aerospace Medical Institute or an officer previously designated as an FS by another Armed Service. Commandant (G-WKH-1) will verify the flight hours and past experience and training of such an officer. If felt to be qualified, the officer may request, with endorsement from the local command and Commandant (G-WKH-1), to be designated as a Coast Guard FS by Commander, Coast Guard Personnel Command (CGPC-opm). Commandant (G-WK) will provide the initial set of FS insignia to officers so designated by Commander, Coast Guard Personnel Command (CGPC-opm).

      (3) All candidates for designation as an FS must provide documentation of successful completion of underwater egress training (Dunker), Egress Breathing Device (HEEDS) and Shallow Water Egress Training (SWET).

      (4) While in a Duty Involving Flight Operations (DIFOPS) billet, a FS is expected to complete the semiannual and annual requirements as outlined in Chapter 8-D-3 (Table 8-2) of reference (c).

      (5) The medical representative from Commandant (G-WKH) to the Commandant's Aviation Safety Board, the Commandant's Vessel Safety Board and the Commandant's Shore Safety Board must be a designated Coast Guard Flight Surgeon. All aviation medicine decisions/recommendations from CGPC-adm must be made by a designated Coast Guard Flight Surgeon.

   b. Flight Surgeon Trainee (FST).

      (1) A physician assigned to a DIFOPS billet and who is a graduate of either the U. S. Air Force Aerospace Medicine Primary Course or the U. S. Army Flight Surgeon Primary Course. Upon an individual's request and submission of a copy of the certificate of successful completion of such training, endorsed by the local command and Commandant (G-WKH-1), the Commander, Coast Guard Personnel Command (CGPC-opm) designates an officer as an FST.

COAST GUARD AVIATION MEDICAL MANUAL,

COMMANDANT INSTRUCTION M6410.3

ARTICLE 12.A.

CHAPTER 12.  MEDICATION USE IN AVIATION PERSONNEL

Section A - Introduction: Aeromedical Concerns and Waivers.

1.  Aeromedical Concerns.  Aviation personnel should be evaluated for restriction from flying duties when initiating any medication and also be advised of potential side effects. When using a medication, the following should be considered:

    a.  Medication and/or the underlying medical condition is compatible with aviation duty (i.e. The medication may be Not Considered Disqualifying (NCD) but the medical condition may be Considered Disqualifying (CD)).

    b.  Medication is effective and essential to treatment.

    c.  Aircrew member is free of aeromedically significant side effects after a reasonable observation period.

2.  Waivers.  The Director, Health and Safety, U.S. Coast Guard, has reviewed and classified a wide range of medications for use in the aviation environment.  Medications are designated Class 1, 2, 3 and 4 (see section 6 below).  The class defines any restrictions/waivers needed in aviation personnel using this medication (Class description below).  Medications not on this list are currently incompatible with the aviation environment or little information of its safe use in the aviation environment exists.  Therefore, medications/nutritional supplements not on this list are restricted for use in aviation personnel without prior approval.  New medications will be reviewed and waiver requests are considered on a case-by-case basis but often take a great deal of time.  FS/AMO/APAs are encouraged to use the medications on this list to avoid lengthy delays in the waiver action process.  Note that the crew duty position may have some impact on a favorable waiver.

3.  Waiver Authority.  Commander CGPC-epm (enlisted), CGPC-opm (officers) or CGPC-rpm (reservists) have the sole authority to grant waivers.  The decision to authorize an aeromedical waiver is based on many factors, including the policy developed by Chief, Operational Medicine Division (G-WKH-1); the recommendation of the flight surgeon(s) in CGPC-adm; the recommendation, if any, of the ACAB (See Chapter 1 of this Manual); the best interest of the Coast Guard; and the individual's training, experience, and duty performance.  Procedures and other information for recommending a waiver are found in Chapter 6 of this Manual.

4.  Information Required.  Waiver requests should contain dosage, frequency of use, any side effects, and a complete summary of the service member's medical condition.  If a new/unlisted drug/supplement is being recommended, forward a complete justification of the medication, i.e., rationale for use, safety considerations, availability of the drug during mobilization of the unit, and any studies supporting its use in the aviation environment as well as a complete summary of the service member's medical condition.

5. Follow-Up. Appropriate follow-up is predicated upon the specific medication and the underlying medical condition. These requirements are given under specific reference to the applicable medication or medical condition.

6. Medication Classes:

   a. Class 1. Over-the-counter medications that may be used without a waiver. Occasional and infrequent use of these over-the-counter medications does not pose a risk to aviation safety; however, these medications should be used under the guidance of a FS/AMO/APA. In the event a FS/AMO/APA is unavailable, self-use with these medications does not violate the intent of reference (c), Appendix D, Section A-3-c-(7). Class 1 medications are approved for acute non-disqualifying conditions and do not require a waiver. Additionally, the medical condition being treated must not be disqualifying. Use in accordance with standard prescribing practices. Note that the underlying disease process may require a waiver. Self-medication with any other drug, nutritional or herbal supplement except as outlined above is prohibited.

   b. Class 2. These medications usually require a prescription and may be used for short-term (acute) or chronic use under the supervision of a flight surgeon without a waiver. CAUTION: The underlying condition may require a waiver. These medications must be noted on the Flight Physical as "Information Only" and the FS/AMO/APA must comment on usage and dosage. First time use requires a 24-hour grounding period to ensure the member is free of significant side effects. Subsequent use does not require grounding if the medication is known to be free of significant side effects.

   c. Class 3. These medications require a prescription and may receive favorable waiver recommendation for long-term use only on an individual basis for treatment or control of certain chronic conditions. Note that the underlying disease process may also require a waiver.

   d. Class 4. Use of these medications is CD, necessitates grounding aviation personnel and is not waiverable for flying duty. Certain medications may be prohibited from use at any time. Included as Class 4 are any medications or nutritional/dietary/herbal supplements that are not listed elsewhere in this policy. In other words, any medication and/or supplement not listed in this policy are considered Class 4 and prohibited.

7. Discussion. Medication side effects are very hard to predict. They occur with irregularity and often differently in any given population group. The side effects relating to central nervous, cardiogenic, ophthalmologic, and labyrinthine systems are understandably the most troubling in aviation personnel. One must also consider the unique environmental considerations present in the aviation environment, i.e., G-forces, hypoxia, pressure changes, noise, heat, cold, acute and chronic fatigue; and how these

effect the medication or the underlying medical condition. Additionally, medications and/or herbal/nutritional/dietary supplements often have interactions that may make the combination unacceptable when each may be otherwise NCD in isolation. It is imperative that the FS/AMO/APA become familiar with the interactions of any multiple medications/supplements that aviation personnel may be using.

Section B - Class 1:  Over-The-Counter Medications.

1.  Aeromedical Concerns.  Self-medication by anyone on flight status is prohibited. Over-the-counter (OTC) medications frequently are combination medications, with one or more components contraindicated for safety of flight. Many OTC products, including herbal/nutritional supplements, do not provide a complete listing of ingredients on the package and often give only sketchy information on side effects.

2.  Waiver.  The OTC medications listed below are Class 1 medications and do not need a waiver.  However, self-use by flight status personnel is only for short-term and only when a flight surgeon is not available to dispense or approve the medication. The medical condition being treated must not be disqualifying (e.g. A respiratory infection may treated with Sudafed, however the respiratory infection itself may well be CD temporarily).  Combination medications are acceptable only when each component in the combination is separately acceptable.  Any prohibited component makes the combination a prohibited medication.

3.  Class 1 Medications:

    a.  Antacids.  (Tums®, Rolaids®, Mylanta®, Maalox®, Gaviscon®, etc.)  When used occasionally or infrequently. Chronic use is Class 3.  OTC H-2 blockers (Tagamet®, Zantac®, Pepcid®, etc) are Class 3.

    b.  Artificial Tears.  Saline or other lubricating solution only. Visine® or other vasoconstrictor agents are prohibited for aviation duty.

    c.  Aspirin/Acetaminophen.  When used infrequently or in low dosage. Note: A single aspirin or baby aspirin daily is considered Class 2 and may be acceptable, without waiver, for aviation personnel over the age of forty but must be coordinated with the FS/AMO/APA.

    d.  Cough Syrup or Cough Lozenges.  [Guaifenesin (Robitussin® plain)].  Many OTC cough syrups contain a sedating antihistamine or Dextromethorphan (DM) and are prohibited for aviation duty.

    e.  Decongestant.  [Pseudoephedrine (Sudafed®)].  When used, as directed, for mild nasal congestion in the presence of normal ventilation of the sinuses, and middle ears (normal valsalva). Note: Use of phenylpropanolamine (Entex) has been restricted by the FDA and shall not be used in the aviation population.

COAST GUARD AVIATION MEDICAL MANUAL,

COMMANDANT INSTRUCTION M6410.3

ARTICLE 1.D.1.

b. Naval Aeromedical Institute (NAMI) specialists or Army Aeromedical specialty consultants may be requested as consultants without convening an ACAB. Specialty consultations may be requested and arranged by local command.

Section D - Reporting Fitness for Flying Duties.

1. Aviation personnel admitted to the sicklist (binnacle) or hospitalized shall be suspended from all duty involving flying. Upon the recommendation of a medical officer (not restricted to an FS/AMO/APA), the commanding officer may relieve from flying duty or suspend the flight training of an individual deemed unfit for such duty. In all instances a CG Form 6020, Medical Recommendation for Flying Duty, grounding the member, shall be issued. Additionally, aviation personnel presenting to a non-FS/AMO/APA for any physical or mental health complaint shall be automatically grounded until cleared by an FS/AMO/APA. (Exception: Dental treatment, which is covered in Chapter 10). This includes evaluation by a health service technician and to evaluations within the Employee Assistance Program (EAP) for personal/mental health conditions which may impact on safety of flight.

2. When aviation personnel are subsequently deemed fit to resume flying duties, they shall be examined by an FS/AMO/APA, with the exceptions as discussed in paragraph 4 below, and the clearance noted on CG Form 6020, which shall be submitted to the commanding officer. Based on this recommendation, the commanding officer may authorize resumption of such duty or training.

3. Class 1 or 2 aviation personnel, upon reporting to a new duty station or upon returning from an extended absence from flying duty for any reason or when otherwise indicated, shall be interviewed by an FS/AMO/APA in order to determine their current health, verify that a current aviation physical examination has been conducted, and to administratively review their health record. If the FS/AMO/APA deems it appropriate, a physical examination may be conducted to determine their physical fitness to continue or resume their flying duties. In all such cases, the appropriate grounding or clearance notation shall be completed on CG Form 6020 and the necessary notation made in the individual's health record on an SF-600, Chronological Record of Medical Care. Certain special circumstances that may require a physical exam include:

a. Post-hospitalization. A post-hospitalization examination may be required.

b. Alcohol Abuse. For further information, see Chapter 9

c. Pregnancy. For further information, see Chapter 11

4. Areas without an FS/AMO/APA assigned or when the assigned FS/AMO/APA is on leave or TAD:

a. The authority to issue CG Form 6020, grounding the member includes all medical officers, dental officers, and health service technicians.

b. Flight surgeons, FSTs, AMOs and APAs are the only medical personnel authorized to issue a clearance upchit (CG Form 6020) for the resumption of flight duties. In

1-5

COAST GUARD AVIATION MEDICAL MANUAL,

COMMANDANT INSTRUCTION M6410.3

ARTICLE 1.A.4.

CHAPTER 1.  AVIATION PERSONNEL CLASSIFICATION AND PHYSICAL
            STANDARDS

Section A - Aviation Personnel Classification.

1.  Aviation Personnel in General.  The term "aviation personnel" includes all individuals
    who, in the performance of their present or past duty, are required to make frequent
    aerial flights.  Aviation personnel are divided into two classes: Class 1 and Class 2.

2.  Class 1.  Class 1 consists of aviation personnel, under the age of 50, engaged in actual
    control of aircraft, which includes aviators, student aviators, and student flight surgeons
    that are chosen to perform solo flights.  Personnel meeting these requirements may be
    assigned to unlimited or unrestricted flight.

3.  Class 1R.  Class 1R consists of aviation personnel engaged in actual control of aircraft
    who:

    a.  meet Class 1 standards but are age 50 or over; or

    b.  have a waiver (temporary or permanent) of physical standards that prohibits
        unrestricted flight.  The flight restriction(s) to which the Class 1R pilot is subject
        will be defined by the waiver authority.  In all cases, however, Class 1R aviators
        will fly as a dual pilot with a Class 1 aviator.

4.  Class 2.  Class 2 consists of aviation personnel not primarily designated to be in actual
    control of aircraft.  This includes aviation observers, technical observers, flight surgeons,
    aviation medical officers, aeromedical physician assistants, aviation medevac
    specialists/mission specialists, flight officers, aircrew members, air traffic controllers,
    and other persons ordered to duty involving flying.

5.  Changing Classes.  Except for changes in class due solely to age, individuals requiring a
    change in their classification for more than two months must submit the following to
    Commander, Coast Guard Personnel Command (CGPC):

    a.  SF-502, Narrative Summary, completed by a flight surgeon/aviation medical
        officer/aeromedical physician assistant stating the need for the class change and
        whether a permanent or temporary change is requested; and

    b.  command endorsement.

Section B - General Instructions for Aviation Examinations.

1.  Purpose of Aviation Physical Examinations.

    a.  The Coast Guard physical examination for flying shall be limited to aviation
        personnel and authorized aviation candidates.  The object of an aviation physical
        examination is to ensure individuals involved in aviation are physically, mentally
        and emotionally qualified for such duty, and to remove from aviation those who are
        temporarily or permanently unfit because of physical, mental or emotional defect.

COAST GUARD AVIATION MEDICAL MANUAL,

COMMANDANT INSTRUCTION M6410.3

ARTICLE 12.A.

CHAPTER 12. MEDICATION USE IN AVIATION PERSONNEL

Section A - Introduction: Aeromedical Concerns and Waivers.

1.  Aeromedical Concerns. Aviation personnel should be evaluated for restriction from flying duties when initiating any medication and also be advised of potential side effects. When using a medication, the following should be considered:

    a.  Medication and/or the underlying medical condition is compatible with aviation duty (i.e. The medication may be Not Considered Disqualifying (NCD) but the medical condition may be Considered Disqualifying (CD)).

    b.  Medication is effective and essential to treatment.

    c.  Aircrew member is free of aeromedically significant side effects after a reasonable observation period.

2.  Waivers. The Director, Health and Safety, U.S. Coast Guard, has reviewed and classified a wide range of medications for use in the aviation environment. Medications are designated Class 1, 2, 3 and 4 (see section 6 below). The class defines any restrictions/waivers needed in aviation personnel using this medication (Class description below). Medications not on this list are currently incompatible with the aviation environment or little information of its safe use in the aviation environment exists. Therefore, medications/nutritional supplements not on this list are restricted for use in aviation personnel without prior approval. New medications will be reviewed and waiver requests are considered on a case-by-case basis but often take a great deal of time. FS/AMO/APAs are encouraged to use the medications on this list to avoid lengthy delays in the waiver action process. Note that the crew duty position may have some impact on a favorable waiver.

3.  Waiver Authority. Commander CGPC-epm (enlisted), CGPC-opm (officers) or CGPC-rpm (reservists) have the sole authority to grant waivers. The decision to authorize an aeromedical waiver is based on many factors, including the policy developed by Chief, Operational Medicine Division (G-WKH-1); the recommendation of the flight surgeon(s) in CGPC-adm; the recommendation, if any, of the ACAB (See Chapter 1 of this Manual); the best interest of the Coast Guard; and the individual's training, experience, and duty performance. Procedures and other information for recommending a waiver are found in Chapter 6 of this Manual.

4.  Information Required. Waiver requests should contain dosage, frequency of use, any side effects, and a complete summary of the service member's medical condition. If a new/unlisted drug/supplement is being recommended, forward a complete justification of the medication, i.e., rationale for use, safety considerations, availability of the drug during mobilization of the unit, and any studies supporting its use in the aviation environment as well as a complete summary of the service member's medical condition.

5. <u>Follow-Up</u>. Appropriate follow-up is predicated upon the specific medication and the underlying medical condition. These requirements are given under specific reference to the applicable medication or medical condition.

6. <u>Medication Classes</u>:

   a. <u>Class 1</u>. Over-the-counter medications that may be used without a waiver. Occasional and infrequent use of these over-the-counter medications does not pose a risk to aviation safety; however, these medications should be used under the guidance of a FS/AMO/APA. In the event a FS/AMO/APA is unavailable, self-use with these medications does not violate the intent of reference (c), Appendix D, Section A-3-c-(7). Class 1 medications are approved for acute non-disqualifying conditions and do not require a waiver. Additionally, the medical condition being treated must not be disqualifying. Use in accordance with standard prescribing practices. Note that the underlying disease process may require a waiver. Self-medication with any other drug, nutritional or herbal supplement except as outlined above is prohibited.

   b. <u>Class 2</u>. These medications usually require a prescription and may be used for short-term (acute) or chronic use under the supervision of a flight surgeon without a waiver. CAUTION: The underlying condition may require a waiver. These medications must be noted on the Flight Physical as "Information Only" and the FS/AMO/APA must comment on usage and dosage. First time use requires a 24-hour grounding period to ensure the member is free of significant side effects. Subsequent use does not require grounding if the medication is known to be free of significant side effects.

   c. <u>Class 3</u>. These medications require a prescription and may receive favorable waiver recommendation for long-term use only on an individual basis for treatment or control of certain chronic conditions. Note that the underlying disease process may also require a waiver.

   d. <u>Class 4</u>. Use of these medications is CD, necessitates grounding aviation personnel and is not waiverable for flying duty. Certain medications may be prohibited from use at any time. Included as Class 4 are any medications or nutritional/dietary/herbal supplements that are not listed elsewhere in this policy. In other words, any medication and/or supplement not listed in this policy are considered Class 4 and prohibited.

7. <u>Discussion</u>. Medication side effects are very hard to predict. They occur with irregularity and often differently in any given population group. The side effects relating to central nervous, cardiogenic, ophthalmologic, and labyrinthine systems are understandably the most troubling in aviation personnel. One must also consider the unique environmental considerations present in the aviation environment, i.e., G-forces, hypoxia, pressure changes, noise, heat, cold, acute and chronic fatigue; and how these

effect the medication or the underlying medical condition. Additionally, medications and/or herbal/nutritional/dietary supplements often have interactions that may make the combination unacceptable when each may be otherwise NCD in isolation. It is imperative that the FS/AMO/APA become familiar with the interactions of any multiple medications/supplements that aviation personnel may be using.

Section B - Class 1: Over-The-Counter Medications.

1. Aeromedical Concerns. Self-medication by anyone on flight status is prohibited. Over-the-counter (OTC) medications frequently are combination medications, with one or more components contraindicated for safety of flight. Many OTC products, including herbal/nutritional supplements, do not provide a complete listing of ingredients on the package and often give only sketchy information on side effects.

2. Waiver. The OTC medications listed below are Class 1 medications and do not need a waiver. However, self-use by flight status personnel is only for short-term and only when a flight surgeon is not available to dispense or approve the medication. The medical condition being treated must not be disqualifying (e.g. A respiratory infection may treated with Sudafed, however the respiratory infection itself may well be CD temporarily). Combination medications are acceptable only when each component in the combination is separately acceptable. Any prohibited component makes the combination a prohibited medication.

3. Class 1 Medications:

   a. Antacids. (Tums®, Rolaids®, Mylanta®, Maalox®, Gaviscon®, etc.) When used occasionally or infrequently. Chronic use is Class 3. OTC H-2 blockers (Tagamet®, Zantac®, Pepcid®, etc) are Class 3.

   b. Artificial Tears. Saline or other lubricating solution only. Visine® or other vasoconstrictor agents are prohibited for aviation duty.

   c. Aspirin/Acetaminophen. When used infrequently or in low dosage. Note: A single aspirin or baby aspirin daily is considered Class 2 and may be acceptable, without waiver, for aviation personnel over the age of forty but must be coordinated with the FS/AMO/APA.

   d. Cough Syrup or Cough Lozenges. [Guaifenesin (Robitussin® plain)]. Many OTC cough syrups contain a sedating antihistamine or Dextromethorphan (DM) and are prohibited for aviation duty.

   e. Decongestant. [Pseudoephedrine (Sudafed®)]. When used, as directed, for mild nasal congestion in the presence of normal ventilation of the sinuses, and middle ears (normal valsalva). Note: Use of phenylpropanolamine (Entex) has been restricted by the FDA and shall not be used in the aviation population.

COAST GUARD AVIATION MEDICAL MANUAL,

COMMANDANT INSTRUCTION M6410.3

ARTICLE 12.E.

(12) Probenecid (Probenecid®, Benemid®): Serum uric acid, 24-hour urinary uric acid, BUN, and creatinine clearance are required annually. Report with flight physical.

(13) Prophylthiouracil (Propyl-Thyracil®): CBC and thyroid function test (TFT) are required annually. Report with flight physical.

(14) Sulfasalazine (Azulfidine®): CBC required every 6 months. Proctoscopy and/or sigmoidoscopy as medically indicated.

Section E - Class 4: Mandatory Disqualifying Medications.

1. Aeromedical Concerns: Use of certain medications is strictly contraindicated in the aviation environment due to significant side effects. The underlying cause or need for use of these medications may result in a permanent disqualification or require a waiver for return to flying duty. Medications/supplements not listed elsewhere in this policy are considered to be Class 4 substances.

2. Waivers: A period of continuous grounding is mandatory from the initiation of therapy of use through cessation of these drugs plus a specified time period to rid the drug completely from the body. Continuous use of these medications is incompatible with continuation of aviation status. Waiver is not recommended for aviation personnel. Certain medications are prohibited from use at any time due to the potential of dangerous and/or long-term side effects. (Note: Some medications not listed may be considered for waiver after review by CGPC. These medications are CD until reviewed by CGPC)

   a. Alcohol: Requires 12 hours of flight restriction following termination of use with no residual effects. Residual effects include headache, nausea, weakness, dizziness, and fatigue.

   b. Non-Alcoholic Beer: Requires 12 hours of flight restriction following termination of use with no residual effects. Non-alcoholic beer contains a small amount of alcohol.

   c. Anabolic Steroids: Waiver is not recommended for aviation personnel.

   d. Anti-Arrhythmics: Waiver is not recommended for aviation personnel.

   e. Anti-Depressants: Waiver is not recommended for aviation personnel, including use as a smoking cessation aid and with Premenstrual Dysphoric Disorder (PMDD).

   f. Anti-Migraine Agents: Waiver is not recommended for aviation personnel. CD for flight duty for 24 hours after last use.

   g. Anti-Motion Sickness Agents: Temporary use of certain medications is approved when used in accordance with approved Motion Sickness Protocol (see Class 2). Chronic use is not waiverable. Other agents are Class 4 and CD for flight duty for 24 hours after last use.

h. <u>Anti-Psychotics</u>:  Waiver is not recommended for aviation personnel.

i. <u>Anti-Vertigo Agents</u>:  Waiver is not recommended for aviation personnel. CD for flight duty for 24 hours after last use.

j. <u>Anti-Convulsives</u>:  Waiver is not recommended for aviation personnel.

k. <u>Anti-Histamines</u>: Cetirizine (Zyrtec®) is included. Waiver is not recommended for aviation personnel.  CD for flight duty for 24 hours after last use.  (Note that Terfenadine (Seldane®) and Astemizole (Hismanol®) have been removed from the market and are not authorized for use) (Exception:  See Class 2, 3 for Allegra® and Claritin® use).

l. <u>Beta-Blockers</u>:  Waiver is not recommended for aviation personnel.  Aviation personnel currently using Beta-blockers should be transitioned to a waiverable anti-hypertensive.

m. <u>Barbiturates, Mood Ameliorating, Tranquilizing, or Ataraxic Drugs</u>:  Require 72 hours of flight restriction following termination of treatment.  The half-life of Phenobarbital is 2-5 days; aviation personnel will be grounded for 120 hours after use. Waiver is not recommended for aviation personnel.

n. <u>Calcium Channel Blockers</u>:  Waiver is not recommended for aviation personnel.  (Exception: Norvasc-see class 3)

o. <u>Clonidine</u>:  Waiver is not recommended for aviation personnel.

p. <u>Cough Preparations with Dextromethoraphan, Codeine, or other Codeine-Related Analogs</u>:  Require 24 hours of flight restriction following termination of treatment.

q. <u>Controlled Medications not otherwise listed</u>:  Waiver is not recommended for aviation personnel. CD for flight duty for 24 hours after last use.

r. <u>Diet Aids</u>: (e.g. Dexatrim®, Metabolife®, etc.) Waiver is not recommended for aviation personnel.

s. <u>Hypoglycemic Agents</u>:  Chlorpropamide (Diabinese®), Glipizide (Glucotrol®), Glyburide (Glucotrol®), Tolbutamide (Tolbutamide®), Tolazimide (Tolinase®). Waiver is not recommended for aviation personnel.

t. <u>Hypnotics and Sedatives (prescribed)</u>: (e.g. Ativan®, Nembutal®) Waiver is not recommended for aviation personnel. CD for flight duty for 72 hours after last use. Exceptions: Temazepam (Restoril®), Zolpidem (Ambien®), Triazolam (Halcion®)- May perform crew duties 12 hours after use. Note: Memory loss with associated alcohol use and night terrors have been reported.

u. <u>Insulin</u>:  Waiver is not recommended for aviation personnel.

v. <u>Isotretinoin (oral)</u>:  (Accutane®) Waiver is not recommended for aviation personnel. [Topical forms allowed-see Class 2]

w. <u>Minocycline (oral)</u>:  (Minocin®) Waiver is not recommended for aviation personnel. [Topical forms allowed-see Class 2]

12-17

x.   Motility Enhancing Agents:  (Metoclopramide (Reglan®), Cisapride (Propulcid®))
Waiver is not recommended for aviation personnel. CD for flight duty for 24 hours
after last use.

y.   Muscle Relaxants:  (Robaxin®, Flexeril®, Parafon®, Norgesic®, etc)Waiver is not
recommended for aviation personnel. CD for flight duty for 24 hours after last use.

z.   Narcotics:  Waiver is not recommended for aviation personnel. CD for flight duty for
24 hours after last use.

aa.  Nicotinic Acid (Niacin):  As a supplement in doses above 20 mg/day.  Waiver is not
recommended for aviation personnel.  (May use low-dose niacin as part of a daily
multivitamin).

bb.  Sleeping Aids (OTC):  Waiver is not recommended for aviation personnel. CD for
flight duty for 24 hours after last use.

3.   Nutritional/Herbal/Dietary Medications/Supplements:  The following
substances/medications may or may not have some potential benefit to the human
species.  However, there is evidence that suggests that each substance below may pose
an unacceptable risk of threat to flight safety, sudden incapacitation, threat to mission
completion and/or physical harm or not enough is known about the substance to justify
its use.

a.   The Following Substances Are Prohibited For Use:

(1)  Ephedra Species (Ma Huang, epitonin, other supplements): Prohibited for use
(implicated as the causative agent in the cardiac and stroke deaths of several
otherwise healthy military personnel).

(2)  Chondroitin:  Prohibited for use (no demonstrated effectiveness individually or
in combination with glucosamine and theoretical risk of BSE contamination
due to bovine cartilage use of unknown sources.)

(3)  Methylsulfonylmethane (MSM): Prohibited for use (no demonstrated
effectiveness and poorly understood pharmacokinetics).

(4)  Gamma Hydroxybutyric acid (GHB), Gamma Butyrolactone (GBL), 1,4
Butanediol (BD) (Renewtirint, Revivarant, Blue Nitro, GH Revitalizer,
Gamma G, Remforce, Longevity, Firewater, Serenity, Thunder Nectar and
others): Prohibited for use.  Commonly used as an industrial solvent and to
clean leather weight training equipment.

(5)  Piper methysticum (Kava-Kava):  Prohibited for use.

(6)  Teucrium spp. (Germander):  Prohibited for use.

(7)  DiNitroPhenol (DNP):  Prohibited for use.  May cause death, cataracts among
other significant side effects.

(8)  Testicular Extracts:  Prohibited for use.

(9)  Symphytum officinale, other Symphytum spp (Comfrey): Prohibited for use.

(10) Senecio spp (threaded leafed groundsel, life root):  Prohibited for use.

(11) Larria tridentata (chaparral): Prohibited for use.

(12) Aortic extracts: Prohibited for use.

(13) Adrenal extracts: Prohibited for use.

(14) L-Tryptophan: Prohibited for use.

(15) Aristolochia spp (toxic to kidneys, potent carcinogen): Prohibited for use.

(16) Bragantia spp (toxic to kidneys): Prohibited for use.

(17) Asarum spp (toxic to kidneys): Prohibited for use

(18) Akebia spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(19) Clematis spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(20) Cocculus spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(21) Diploclisia spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(22) Menispermum spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(23) Saussurea spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(24) Sinomenium spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(25) Stephania spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(26) Vladimiria spp (frequently adulterated with Aristolochia spp): Prohibited for use.

(27) Lobelia spp: Prohibited for use.

(28) Wormwood: Prohibited for use.

(29) Germanium: Prohibited for use.

(30) Herbal Fen-phen: Prohibited for use.

(31) Tiratricol (Triiodothyroacetic acid (TRIAC), TRAIX Metabolic Accelerator): Prohibited for use.

(32) "Sleeping Buddha" (contains estazolam): Prohibited for use.

(33) Nutiva™ bars (Contains hemp seeds): Prohibited for use.

(34) Psilocybe semilanceata (magic mushrooms): Prohibited for use.

b. The Following Substances Are CD For Flight Duty For 24 Hours After Use:

(1) Aconitum napellus (wolfsbane).

12-19

(2)  Adonis vernalis (Pheasant's eye).

(3)  Atropa belladonna (Deadly Nightshade).

(4)  Cantharanthus roseum (Periwinkle).

(5)  Chelidonium majus (Celandine).

(6)  Conum maculatum (Hemlock).

(7)  Convallaria majalis (Lilly of the Valley).

(8)  Corynanthe yohimbe (Yohimbe bark).

(9)  Cystisus scoparius (Broom).

(10) Datura stramonium (Jimson weed).

(11) Datura stramonium (Thorn Apple).

(12) Digitalis lanata (Yellow foxglove).

(13) Digitalis purpura (Purple Foxglove).

(14) Exchscholzia californiica (California Poppy).

(15) Ginko biloba (Gingko).

(16) Hydrastis canadensis (Goldenseal).

(17) Humulus lupulus (Hops).

(18) Hyoscyamus niger (Henbane).

(19) Hypericum perforatum (St. John's wort).

(20) Lactuca virosa (Wild lettuce).

(21) Lycopodium serratum (Jin Bu Huan).

(22) Mandragora officinarum (Mandrake).

(23) Melatonin.

(24) Myristica fragrans (Nutmeg) in large quantities.

(25) Panax ginseng (Ginseng).

(26) Papaver somniferum (Opium poppy).

(27) Passiflora incarnata (Passion flower).

(28) Rauwolfia serpentina (Indian snakeroot).

(29) S-Adenosylmethionine (SAMe).

(30) Scilla maritima (White Squill).

(31) Scopolia carniolica (Scopolia).

(32) Scutellaria laterfoloia (Skullcap).

(33) Strophanthus kombe (Strophanthus).

(34) Urginea maritima (Squill).

(35) Valeriana officinalis (Valerian, Valerian root).

c. Prescription use of the following substances is not prohibited, but their use must be under the direct supervision of a Coast Guard physician and will be cause for Duties Not Including Flight (DNIF). A waiver may be possible but is not likely. Waiver request should contain dosage, frequency of use, any side effects, and a complete summary of the aircrewmember's medical condition, which may separately also be CD and need a waiver. These substances are prohibited except when used as described above.

(1) Zeranol.

(2) Testosterone (Malogen®, Malogex®, Delatestryl®).

(3) Stanozolol (Winstrol®, Stromba®).

(4) Oxymetholone (Anadrol®, Anapolon 50®, Adroyd®).

(5) Oxandrololone (Anavar®).

(6) Norethandrolone (Nilevar®).

(7) Nandrolone (Durabolin®, Deca-Durabolin®, Kabolin®, Nandrobolic®).

(8) Methyltestosterone (Android®, Estratest®, Metandren®, Virilon®, Oreton Methyl®, Testred®).

(9) Methandrostenolone (Dianabol®).

(10) Metenolone (Primobolan®, Primonabol-Depot®).

(11) Metandienone (Danabol®, Dianabol®).

(12) Mesterolone (Androviron®, Proviron®).

(13) Human Chorionic Gonadotrophin.

(14) Growth Hormone.

(15) Fluoxymesterone (Android F®, Halotestin®, Ora-Testryl® and Ultradren®).

(16) Dihydrotestosterone (Stanolone®).

(17) DHEA.

(18) Dehydrochlormethyl Testosterone (Turinabol®).

(19) Danocrine.

(20) Danazol.

(21) Clostebol (Steranobol®).

(22) Clenbuterol.

(23) Boldenone (Equipoise®).

(24) Bolasterone (Vebonol®).

(25) Androstendione (Androsten® and others).

d. Loop Diuretics (e.g. Lasix®): Waiver is not recommended for aviation personnel.

e. Sumatriptan (Imitrex®): Requires 12 hours of flight restriction following termination of treatment.

f. Tranquilizers: Waiver is not recommended for aviation personnel. CD for flight duty for 72 hours after last use.

g. Viagra: Waiver is not recommended for aviation personnel. CD for flight duty for 72 hours after last use.

h. Zyban (Bupropion®, Wellbutrin®, other psychotropics used as smoking cessation aids): Waiver is not recommended for aviation personnel. CD for flight duty for 72 hours after last use.

i. Yohimbine: Waiver is not recommended for aviation personnel. CD for flight duty for 24 hours after last use.