# Attachment F

COAST GUARD PAY MANUAL,

COMMANDANT INSTRUCTION M7220.29A

ARTICLE 5.A.6.

5. <u>Conditions of Entitlement Effective 17 October 1998 and Thereafter.</u> Public Law 105-261 effective 17 October 1998 provided that termination of aviation career incentive pay would be based on aviation service. This Law modified the preceding paragraphs as follows:

   a. <u>Paragraph 5.A.3.c.</u> An officer who meets the conditions of paragraph 5.A.3.c. is entitled to continuous ACIP for the first 22 years of <u>aviation service</u>.

   b. <u>Paragraph 5.A.3.d.</u> An officer who meets the conditions of paragraph 5.A.3.d. is entitled to continuous ACIP for the first 25 years of <u>aviation service</u>.

   c. <u>Paragraph 5.A.4.c.</u> An officer who meets the conditions of paragraph 5.A.4.c. is entitled to continuous ACIP for the first 22 years of <u>aviation service</u>.

   d. <u>Paragraph 5.A.4.d.</u> An officer who meets the conditions of paragraph 5.A.4.d is entitled to continuous ACIP for the first 25 years of <u>aviation service</u>.

   e. <u>Paragraph 5.A.4.e.</u> An officer meeting the conditions of paragraph 5.A.4.e is entitled to continuous ACIP for the first 18 years of <u>aviation service</u>.

   f. <u>Paragraph 5.A.4.f.</u> An officer meeting the conditions of paragraph 5-A.4.f. is entitled to continuous ACIP for the first 22 years of <u>aviation service</u>.

   g. <u>Paragraph 5.A.4.g.</u> An officer meeting the conditions of paragraph 5.A.4.g. is entitled to continuous ACIP for the first 25 years of <u>aviation service</u>.

   h. The Commandant may permit, on a case by case basis, an officer to continue to receive continuous monthly incentive pay despite the failure of the officer to perform the prescribed operational flying duty requirements during the prescribed periods of time, so long as the officer has performed those requirements for not less than 6 years of aviation service. The Commandant may not delegate this approval authority.

6. <u>Officers Qualified for Aviation Service Not Entitled to Continuous ACIP.</u> An officer qualified for aviation service, who is not entitled to continuous ACIP under sections 5-A-3, 5-A-4, or 5-A-5, and who is required by competent orders to perform operational or proficiency flying duties, and a flight surgeon or other medical officer who is qualified for aviation service and required by competent orders to perform operational flying duties, is entitled to monthly ACIP for the performance of the minimum flight requirements prescribed in section 5-A-10.

7. <u>Officer Not Qualified for Aviation Service.</u> Officers not qualified for aviation service, who are required by competent orders to perform regular and frequent aerial flights, are not entitled to ACIP but may be entitled to monthly hazardous duty incentive pay under the provisions of section 5-B.

8. <u>Rates Payable.</u> ACIP is payable at the monthly rates for commissioned officers as shown in figure 5-1.