UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE CACHO, M.D., <br> Commander, U.S. Public Health Service | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | C.A. No. 1:06CV00292 (ESH) |
| v. | ) <br> ) | |
| THE HONORABLE MICHAEL CHERTOFF <br> Secretary, Department of Homeland Security | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |

ORDER

Upon consideration of defendant's motion to dismiss or for summary judgment, the opposition and reply thereto, and upon review of the documents before this Court, it is this

_____ day of _____, 2006

ORDERED, that this case is dismissed with prejudice as plaintiff has failed to set forth a *prima facie case* of a violation of the Privacy Act.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE