UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., <br> Commander, U.S. Public Health Service <br><br> Plaintiff, <br><br> v. <br><br> THE HONORABLE MICHAEL CHERTOFF <br> Secretary, Department of Homeland Security <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 1:06CV00292 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING UNDER SEAL

Pursuant to the status conference held in this case on June 28, 2006, defendant is filing under seal, the supporting declarations and email referenced in his motion to dismiss or for summary judgment filed on June 27, 2006, as Attachments C, D, E, G, H, and I.   A copy of these declarations have been served on plaintiff's counsel.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney