UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE CACHO, M.D., )
   Commander, U.S. Public Health Service )
)
         Plaintiff, ) C.A. No. 1:06CV00292 (ESH)
)
v. )
)
THE HONORABLE MICHAEL CHERTOFF )
Secretary, Department of Homeland Security )
)
         Defendant. )
)

FILED
JUL 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STIPULATION AND PROTECTIVE ORDER

This is an action in which plaintiff alleges a violation under the Privacy Act of 1974, 5 U.S.C. § 552a. Pursuant to an agreement between the parties reached at the June 27, 2006, status conference in this case, plaintiff has sought certain documents from defendant in order to respond to defendant's motion to dismiss or for summary judgment. Defendant believes the requested documents contain information that should be protected by the Privacy Act. In order to permit the exchange of these documents, the parties agree and it is hereby:

ORDERED, that

1. Counsel for the producing party shall designate the particular information as subject to this Order.

2. If any party files any pleading or any other filing prior to trial and attaches thereto or sets forth the information that either party has designated as subject to this Order pursuant to paragraph one, the parties shall file two copies of such filing ("Version One" and "Version Two") with the Clerk. Version One shall redact only the specific information designated pursuant to paragraph one of this Consent Order and shall be filed on the public record. Version Two shall contain no redactions and shall be filed in the Clerk's Office in sealed envelopes or

other approved sealed containers on which shall be endorsed the title of this action, a brief description of the contents of such sealed envelope or container, and the words "under seal." Both "Version One" and "Version Two" shall be served on the other party.

3. The right of access to all information designated as subject to this Order (unless the parties have agreed otherwise or the Court enters an order permitting disclosure) shall be limited to the parties, counsel for the parties, counsels' office staff, consultants to the parties, paralegals and expert witnesses in their employ, and any other person mutually authorized by all counsel to examine such materials. Any person having access to information subject to this Order shall be informed that it is confidential and subject to a non-disclosure Order of the Court.

4. Either party may file a motion for the Court to determine whether information designated by defendant's counsel is subject to protection from disclosure by the Privacy Act, however, the information shall remain under seal and not subject to disclosure unless and until the Court has ruled that it is not protected from disclosure.

5. Information subject to this Order shall be used only for purposes of this litigation and shall not be disclosed to any person not named in paragraph 3 without further Order of the Court or stipulation of the parties; provided, however, that nothing contained herein shall limit the federal government's ability to use its records in any manner consistent with applicable statutes and regulations.

7. All portions of documents and copies of documents which contain designated information that is subject to this Order shall be destroyed or returned to counsel for the producing party within sixty (60) days of the conclusion of all trial and appellate proceedings in this case. If the portions of the documents are destroyed, the destroying party's counsel shall so notify opposing counsel in writing.

8. Any restrictions imposed by this protective order may be terminated by a letter

from counsel for the designating party to opposing counsel or by an Order of the Court. This Order is without prejudice to the rights of any party to make any objection to discovery permitted by the Federal Rules of Civil Procedure, or by any statute or other authority, or to the rights of any party to make evidentiary objections at trial.

10. Any party may seek from the Court the modification of this Order.

Dated: June 30 , 2006                                          Respectfully submitted,


_____/s/_____                    _____/s/_____
DAVID P. SHELDON, Esq. Bar #446039           KENNETH WAINSTEIN, Bar #451058
The Law Offices of David P. Sheldon, PLLC     United States Attorney
512 8th St., S.E.
Washington, DC 20003

                                                                      _____/s/_____
                                                                      RUDOLPH CONTRERAS, Bar #434122
Attorney for Plaintiff                                          Assistant United States Attorney


                                                                      _____/s/_____
                                                                      CLAIRE WHITAKER, Bar # 354530
                                                                      Assistant United States Attorney
                                                                      Judiciary Center Building
                                                                      555 4th St., N.W.
                                                                      Washington, D.C.  20530
                                                                      202-514-7137

                                                                      Attorneys for Defendant


It is so ORDERED by the Court this _11_ day of __July__, 2006.

                                                         _____E S Huck_____
                                                         UNITED STATES DISTRICT JUDGE

3