IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE CACHO, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06CV00292 (ESH) |
| | ) | |
| THE HONORABLE MICHAEL CHERTOFF | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR
FOR SUMMARY JUDGMENT**

Willie Cacho, Plaintiff, respectfully submits this motion for a 30-day enlargement of time in which to respond to Defendant's motion to dismiss or for summary judgment. Plaintiff's response currently is due on July 28, 2006. If the Court grants this motion, his response will be due by August 28, 2006.

Plaintiff makes this motion for the following reasons: (1) the parties are actively engaged in settlement discussions; (2) Plaintiff's expert is providing her report on July 27, 2006, which is expected to aid the settlement discussions; and (3) materials produced by Defendant to Plaintiff pursuant to this Court's order of July 12, 2006 require further examination by the parties.

This is Plaintiff's first motion for enlargement, and he does not anticipate the need for additional enlargement requests. Undersigned counsel consulted with counsel for the Defendant, who kindly provided her consent. A proposed order accompanies this motion.

Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net


David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135


*Attorneys for Plaintiff*