**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIE CACHO, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06CV00292 (ESH) |
| | ) | |
| THE HONORABLE MICHAEL CHERTOFF | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff's consent motion for an enlargement of time in which to respond

to Defendant's motion to transfer or dismiss , and the Court having considered the entire record

herein,

it is, this _____ day of _____, 2006,

ORDERED that Plaintiff's motion is granted, and it is

FURTHER ORDERED that Plaintiff's response shall be due by August 28, 2006.


SO ORDERED.


_____
United States District Judge