**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIE CACHO, M.D.,         ) | |
|      ) | |
| Plaintiff,      ) | |
|      ) | |
| v.      ) | C.A. No. 1:06CV00292 (ESH) |
|      ) | |
| THE HONORABLE MICHAEL CHERTOFF      ) | |
|      ) | |
| Defendant.      ) | |
|      ) | |
| _____) | |

**PLAINTIFF'S SECOND MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR
FOR SUMMARY JUDGMENT**

Willie Cacho, Plaintiff, respectfully submits this motion for a 3-day enlargement of time in which to respond to Defendant's motion to dismiss or for summary judgment. Plaintiff's response currently is due today, August 28, 2006. If the Court grants this motion, his response will be due by August 31, 2006.

Plaintiff makes this motion for the following reasons: (1) undersigned counsel did not revisit until this afternoon the Stipulation and Protective Order designated in this case, which requires the filing of both a redacted and unredacted copy of Plaintiff's memorandum with the Clerk's Office; and (2) undersigned counsel is unable to file the memorandum with the Clerk's Office today.

This is Plaintiff's second motion for enlargement, and he does not anticipate the need for additional enlargement requests. Undersigned counsel attempted to contact counsel for the Defendant after the close of normal business hours by telephone and via e-mail, but has not received a response. Undersigned counsel offers his sincerest apologies to the Court and

Defendant for the inconvenience caused this last-minute motion.  A proposed order accompanies

this motion.


Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net


*Attorney for Plaintiff*