IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:06CV00292 (ESH) |
| ) | |
| THE HONORABLE MICHAEL CHERTOFF ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## ORDER

Upon consideration of Plaintiff's second motion for an enlargement of time in which to respond to Defendant's motion to dismiss or for summary judgment, and the Court having considered the entire record herein,

it is, this ____ day of _____, 2006,

ORDERED that Plaintiff's motion is granted, and it is

FURTHER ORDERED that Plaintiff's response shall be due by August 31, 2006.

SO ORDERED.

_____
United States District Judge