THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D. )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>THE HONORABLE )<br>  MICHAEL CHERTOFF, )<br>)<br>*Defendant*. )<br>_____) | Civil Action No. 06-0292 (ESH) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF FACTS NOT IN DISPUTE**

Plaintiff respectfully submits this response to Defendant's statement of material facts not in dispute. It is Plaintiff's contention that they are material facts in dispute.

1. Agree.

2. Agree.

3. Agree.

4. Agree.

5. Agree.

6. Agree.

7. Agree.

8. Agree.

9. Agree, but only to the extent that CDR Sokolowski was authorized and required to review the following information contained in patient health records: the SF600 and SF603.

10. Agree only to the extent that CDR Sokolowski's review of CDR Cacho's medical records revealed that he did not list on his most recent flight physical that he suffered from Non-insulin Dependent Diabetes ("NIDDM") and that he was taking medication for that condition. Disagree with Defendant's assertion that CDR Sokolowski only discovered those facts when he was conducting the Quality Assurance review in late-June, 2004. Disagree with any implication by Defendant that CDR Sokolowski did not know CDR Cacho was taking medication for NIDDM prior to the QA review he conducted.

11. Disagree. CDR Sokolowski had no authority to review CDR Cacho's medical records beyond the minimum information required for conducting the QA review. That review did not require that he review CDR Cacho's flight physical, much less that he peruse CDR Cacho's entire medical record to determine whether CDR Cacho had requested a waiver for his condition and the medication he was taking for that condition.

12. Disagree. CDR Sokolowski was a not a medical care provider and had no authority to review patient medical records. CDR Sokolowski was a pharmacist and his duties did not include or require the review of patient medical records.

13. Disagree. The evidence indicates that CDR Sokolowski accessed and reviewed CDR Cacho's medical records well prior to the QA review and specifically looked for a waiver for NIDDM and the related medication, Metformin. He then used that information to threaten CDR Cacho. The QA review was merely a pretext for CDR Sokolowski's disclosure of CDR Cacho's personal health information to CDR Gordon and LT Jarvi.

14. Agree.

15. Agree.

16. Disagree. CDR Sokolowski also disclosed CDR Cacho's personal health information to CDR Marshall in May, 2004, and informed CDR Marshall at the time he did so that he intended to use CDR Cacho's personal health information against CDR Cacho if he was not satisfied with his Commissioned Officer Effectiveness Report.

17. Agree.

18. Agree.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735

David P. Sheldon (D.C. Bar No. 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*