THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. 06-0292 (ESH) |
| v. | ) |
| | ) |
| THE HONORABLE | ) |
|   MICHAEL CHERTOFF, | ) |
| | ) |
| *Defendant*. | ) |

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS UNDER SEAL**

Plaintiff, through undersigned counsel, on August 31, 2006, filed the following documents under seal in the Office of the Clerk, United States District Court for the District of Columbia: (1) Unredacted memorandum in opposition to Defendant's motion to dismiss or for summary judgment; (2) unredacted exhibits; and (3) unredacted statement of material facts in dispute.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735

David P. Sheldon (D.C. Bar No. 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*