UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., )<br> Commander, U.S. Public Health Service )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>THE HONORABLE MICHAEL CHERTOFF )<br>Secretary, Department of Homeland Security )<br> )<br> Defendant. )<br>_____ _____) | C.A. No. 1:06CV00292 (ESH) |

**CONSENT MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant moves this Court for an extension of time to and including September 20, 2006, to reply to plaintiff's opposition to defendant's motion for summary judgment. Undersigned counsel has conferred with plaintiff's counsel concerning this motion. Plaintiff's counsel has indicated that plaintiff consents to this extension of time.

This extension is requested because defendant's counsel just received (on September 12, 2006) the unredacted version of plaintiff's filing. Because significant and important factual information relied on was redacted from the ECF filing, defendant was unable to formulate responses to plaintiff's arguments and alleged issues of material fact. Although defendant brought this issue to the attention of plaintiff's counsel soon after the ECF filing on August 31, 2006, the unredacted version was not received until September 12, 2006. Accordingly, defendant respectfully requests an extension of time, to and including September 20, 2006, to respond to the representations in plaintiff's opposition.

A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137