UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., ) <br> Commander, U.S. Public Health Service ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE HONORABLE MICHAEL CHERTOFF ) <br> Secretary, Department of Homeland Security ) <br> ) <br> Defendant. ) <br> _____ _____) | C.A. No. 1:06CV00292 (ESH) |

ORDER

Upon consideration of the defendant's consent motion to extend time and for good cause show, it is this _____ day of _____,

ORDERED, that defendant's response to plaintiff's opposition to defendant's motion for summary judgment is due on September 20, 2006.

_____
UNITED STATES DISTRICT JUDGE