IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE MICHAEL CHERTOFF )<br>)<br>Defendant. )<br>)<br>_____ ) | C.A. No. 1:06CV00292 (ESH) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY**

Dr. Willie Cacho, Plaintiff, through undersigned counsel, respectfully moves this Court for leave to file a surreply to Defendant's reply to Plaintiff's opposition to Defendant's motion to dismiss or for summary judgment. This suit involves allegations of improper disclosures of information protected under the Privacy Act.

Plaintiff makes this motion because Defendant, in his reply memorandum, raises a new argument requiring Plaintiff's response. Defendant acknowledges that the new argument constitutes a reversal of his previously argued position. Def.'s Reply at 1.  The new argument is that Plaintiff cannot establish that the information disclosed was contained in a system of records for Privacy Act purposes. More specifically, Defendant argues that "[t]he Privacy Act does not create a cause of action for disclosure of the absence of information from a Privacy Act system of records."  Def.'s Reply at 2.

If the Court grants his motion, Plaintiff respectfully proposes the following briefing schedule:  (1) Plaintiff's surreply shall be due on or before October 2, 2006; and (2) Defendant's reply/response, if permitted by the Court, shall be due on or before October 9, 2006.

Undersigned counsel consulted with counsel for Defendant, who kindly consented to this Motion. A proposed order granting Plaintiff's motion is attached.

Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735


David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*