IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:06CV00292 (ESH) |
| ) | |
| THE HONORABLE MICHAEL CHERTOFF ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## ORDER

Upon consideration of Plaintiff's motion for leave to file a surreply to Defendant's reply to Plaintiff's memorandum in opposition to Defendant's motion to dismiss or for summary judgment, and the Court having considered the entire record herein,

it is, this ____ day of _____, 2006,

ORDERED that Plaintiff's motion is granted, and it is

FURTHER ORDERED that Plaintiff's response shall be due by October 2, 2006, and Defendant's response shall be due by October 9, 2006.

SO ORDERED.

_____
United States District Judge