IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE MICHAEL CHERTOFF )<br>)<br>Defendant. )<br>)<br>_____ ) | C.A. No. 1:06CV00292 (ESH) |

**PLAINTIFF'S MOTION FOR LEAVE TO DISCLOSE DOCUMENTS SUBJECT TO PROTECTIVE ORDER IN PLAINTIFF'S EEO COMPLAINT BEFORE THE U.S. COAST GUARD**

Dr. Willie Cacho, Plaintiff, respectfully moves this Court for leave to utilize documents subject to a protective order in this matter in his administrative discrimination complaint against the United States Coast Guard. Plaintiff's formal EEO complaint was filed on or around February 17, 2004. A Report of Investigation into Plaintiff's complaint was issued on September 16, 2005. The Coast Guard has not issued a final agency determination, and the complaint remains open. Plaintiff's EEO case number is CGM-06-0026.

The documents provided by Defendant to Plaintiff in the above-captioned matter are highly relevant to Plaintiff's allegations of discrimination. If this motion is granted, Plaintiff's disclosure of the documents will be limited to the agency that maintains the documents. Plaintiff, as a U.S. Public Health Service Commissioned Corps Officer, has no right to pursue relief before the U.S. Equal Opportunity Employment Commission or the U.S. Merit Systems Protection Board.

Undersigned counsel consulted with counsel for Defendant, who advised that leave to disclose the protected documents must be obtained from this Court. A proposed order granting Plaintiff's motion is attached.

Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735

David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*