## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06CV00292 (ESH) |
| | ) |
| THE HONORABLE MICHAEL CHERTOFF | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

Upon consideration of Plaintiff's motion for leave to disclose documents subject to protective order, and the Court having considered the entire record herein,

it is, this ____ day of _____, 2006,

ORDERED that Plaintiff's motion is granted.

SO ORDERED.

_____
United States District Judge