UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., )<br> Commander, U.S. Public Health Service )<br>   )<br>       Plaintiff, )<br>   )<br>   v. )<br>   )<br>THE HONORABLE MICHAEL CHERTOFF )<br>Secretary, Department of Homeland Security )<br>   )<br>  Defendant. )<br>_____ _____) | C.A. No. 1:06CV00292 (ESH) |

**CONSENT MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time to and including October 20, 2006, to reply to plaintiff's motion for leave to file documents subject to protective order in an unrelated administrative action. Defendant's response is due October 10, 2006. Undersigned counsel has conferred with plaintiff's counsel concerning this motion who has indicated that plaintiff consents to this extension of time.

At the June 28, 2006, status conference in this case the parties agreed that in order to expedite consideration of this matter a limited exchange of documents from defendant to plaintiff would occur. That material was made subject to a Privacy Act Consent order. R. 12. Now, plaintiff wishes to use that information in another proceedings in which he seeks relief for alleged employment discrimination. Defendant's counsel has attempted to resolve this matter with plaintiff without further litigation in this Court and was hopeful that an agreement could be reached by the due date for defendant's opposition. However, the attempts to resolve the matter have failed. As defendant's counsel primarily assigned to this case was notified of this failure on the date defendant's opposition was due, an extension of time is necessary in order to research,

draft and file a responsive document.

Accordingly, defendant moves for an extension of time to file an opposition to plaintiff's motion for leave to file documents subject to protective order in an unrelated administrative action, to and including October 20, 2006. As noted above, plaintiff has no objection to this motion.

A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137
