# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WILLIE CACHO, M.D.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0292 (ESH) |
| | ) | |
| **THE HONORABLE MICHAEL CHERTOFF,** | ) | |
| Secretary, Department of Homeland Security | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of defendant's motion for extension of time, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant shall have to and including October 20, 2006, to respond to plaintiff's motion for leave to file documents subject to the protective order in this case in an unrelated administrative action.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Claire Whitaker
U.S. Attorney's Office, D.C.
555 4th St., NW, Room E-4204
Washington, DC 20530

David P. Sheldon
Law Office of David P. Sheldon
512 Eighth St., SE
Washington, DC 20003-2834