UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>THE HONORABLE MICHAEL CHERTOFF,<br>Secretary, Department of Homeland Security<br><br>    Defendant. | Civil Action No. 06-0292 (ESH) |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

  Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time to and including October 27, 2006, to file an opposition to plaintiff's motion for leave to file documents subject to protective order in an unrelated administrative action. Defendant's response is due October 20, 2006. The reasons for this request are as follows:

  Counsel has been out of the office throughout the week at depositions in <u>Securities and Exchange Commission v. Biopure Corporation</u>, <u>et</u> <u>al</u>., Misc. No.06-0380. The depositions have taken more time than initially anticipated, thus, counsel has been unable to complete the reply to plaintiff's motion for a timely filing.

  Plaintiff's counsel graciously consents to this extension of time.

  Accordingly, defendant respectfully requests an extension of time, to and including October 27, 2006, to file an opposition to plaintiff's motion for leave to file documents subject to protective order in an unrelated administrative action.

  A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137