UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIE CACHO, M.D. )<br>)<br>        **Plaintiff,** )<br>)<br>v. )<br>)<br>THE HONORABLE MICHAEL CHERTOFF, )<br>Secretary, Department of Homeland Security )<br>)<br>        **Defendant.** )<br>)<br>) | Civil Action No. 06-0292 (ESH) |

**ORDER**

Upon consideration of defendant's consent motion for extension of time, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant shall have to and including October 27, 2006, to file an opposition to plaintiff's motion for leave to file documents subject to protective order in an unrelated administrative action.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

CLAIRE WHITAKER
U.S. Attorney's Office, D.C.
555 4th St., NW, Room E-4204
Washington, DC 20530

RAYMOND J. TONEY
34-16 30th Avenue
3rd Floor
Astoria, NY 11103