UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., <br> Commander, U.S. Public Health Service <br><br> Plaintiff, <br><br> v. <br><br> THE HONORABLE MICHAEL CHERTOFF <br> Secretary, Department of Homeland Security <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 1:06CV00292 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of plaintiff's motion for leave to file documents subject to protective order in an unrelated administrative action, the opposition and reply thereto, it is this

_____day of _____, 2006

ORDERED, that said motion is denied.

_____
UNITED STATES DISTRICT JUDGE