IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE CACHO, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06CV00292 (ESH) |
| | ) | |
| THE HONORABLE MICHAEL CHERTOFF | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO DISCLOSE DOCUMENTS UNDER A PROTECTIVE ORDER**

Willie Cacho, Plaintiff, respectfully submits this motion for a 7-day enlargement of time in which to respond to Defendant's motion to dismiss or for summary judgment. Plaintiff's response currently is due today, November 2, 2006. If the Court grants this motion, his response will be due by November 9, 2006.

Plaintiff makes this motion for the following reasons: (1) undersigned counsel conducted a deposition at Fort Dix, New Jersey on October 30, 2006, (2) undersigned counsel has argument on an unrelated case in this Court on Thursday, November 2, 2006, and (3) undersigned counsel has previously planned travel to Denver, Colorado on November 3, 2006.

Plaintiff consulted with counsel for Defendant, who kindly consented to this motion. A proposed order granting Plaintiff's motion accompanies this pleading.

Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net

*Attorney for Plaintiff*