IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D.,       ) | |
|       ) | |
|    Plaintiff,       ) | |
|       ) | |
|    v.       ) | C.A. No. 1:06CV00292 (ESH) |
|       ) | |
| THE HONORABLE MICHAEL CHERTOFF       ) | |
|       ) | |
|    Defendant.       ) | |
|       ) | |
| _____) | |

## **ORDER**

Upon consideration of Plaintiff's consent motion for an enlargement of time in which to reply to Defendant's response to Plaintiff's motion for leave to disclose documents subject to a protective order, and the Court having considered the entire record herein,

it is, this ____ day of _____, 2006,

    ORDERED that Plaintiff's motion is granted, and it is

    FURTHER ORDERED that Plaintiff's reply shall be due by November 9, 2006.

SO ORDERED.

 

                                                                   _____
                                                                   United States District Judge