UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., )<br> Commander, U.S. Public Health Service )<br> )<br>　　　　　Plaintiff, )<br> )<br>　　v. )<br> )<br>THE HONORABLE MICHAEL CHERTOFF )<br>Secretary, Department of Homeland Security )<br> )<br>　Defendant. )<br>_____ _____) | C.A. No. 1:06CV00292 (ESH) |

**UNOPPOSED MOTION TO EXTEND TIME**

　　　Defendant moves with the consent of plaintiff for an extension of time to provide the document identified in the Court's order of November 3, 2006.  The reasons for this extension of time are as follows:

　　　By order of November 3, this Court directed defendant to file a copy of the "summary form" from plaintiff's medical record that was referred to in "paragraph four of defendant's 'Exhibit C' [10], by November 7, 2006."   Exhibit C is the Declaration of Commander Alan M. Sokolowski, the pharmacist who allegedly violated plaintiff's privacy in this Privacy Act case.  As Commander Sokolowski is on leave this week and will not return to the office until November 13, 2006, and as there is more than one medical record that may be responsive to the Court's request, in an abundance of caution defendant believes that Commander Sokolwski must be consulted before defendant responds to the Court's order.  Accordingly, defendant moves for an extension of time to respond to this Court's order, to and including November 14, 2006, the day after Commander Sokolowski is expected to return to the office.  As noted above, counsel for defendant has consulted with counsel for plaintiff who indicates that there will be no

objection to this motion.

    A proposed order is attached.

                                             Respectfully submitted,

                                             /s/
                                         JEFFREY A. TAYLOR , D.C. Bar # 498610
                                         United States Attorney

                                           /s/
                                       RUDOLPH.CONTRERAS, D.C. Bar # 434122
                                       Assistant United States Attorney

                                           /s/
                                       CLAIRE WHITAKER, D.C. Bar # 354530
                                       Assistant United States Attorney
                                       United States Attorneys Office
                                       Civil Division
                                       555 4th Street, N.W., Room E-4204
                                       Washington, D.C. 20530
                                       (202) 514-7137