UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE CACHO, M.D., | ) | |
| Commander, U.S. Public Health Service | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:06CV00292 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| THE HONORABLE MICHAEL CHERTOFF | ) | |
| Secretary, Department of Homeland Security | ) | |
| | ) | |
| Defendant. | ) | |
| _____ _____ | ) | |

ORDER

Upon consideration of defendant's unopposed motion for extension of time, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant shall have to and including November 14, 2006, to file a copy of the "summary form" from plaintiff's medical record, referred to in paragraph four of defendant's "Exhibit C" accompanying his dispositive motion in this case.

.

_____
UNITED STATES DISTRICT JUDGE