## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE CACHO, M.D.,** | ) |
| **Commander, U.S. Public Health Service** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No.  06-00292 (ESH)** |
| | ) |
| **MICHAEL CHERTOFF, Secretary,** | ) |
| **Department of Homeland Security** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of defendant's unopposed motion for extension of time [26], and for good cause shown, it is this 7th day of November, 2006,

**ORDERED**, that said motion is granted.  Defendant shall have to and including November 14, 2006, to file a copy of the "summary form" from plaintiff's medical record, referred to in paragraph four of defendant's "Exhibit C" accompanying his dispositive motion in this case.

_____
s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 7, 2006