UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE CACHO, M.D., <br> Commander, U.S. Public Health Service <br><br> Plaintiff, <br><br> v. <br><br> THE HONORABLE MICHAEL CHERTOFF <br> Secretary, Department of Homeland Security <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 1:06CV00292 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF FILING UNDER SEAL

Pursuant to the Court's order of November 7, 2006, defendant is filing under seal, the "summary form" from plaintiff's medical record, referred to in paragraph four of defendant's "Exhibit C" accompanying his dispositive motion in this case. The Court is directed to Box 77 of this form which fails to contain the medical condition for which Commander Sokolowski was treating plaintiff.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing Under Seal (filed on ECF) with "summary form" from plaintiff's medical record (filed under seal in the Clerk's Office) has been served by First-Class mail; postage prepaid to:

Raymond J. Toney
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103

on this _____ day of November, 2006.

                                                              /s/
                                       CLAIRE WHITAKER
                                       Assistant United States Attorney
                                       United States Attorneys Office
                                       Civil Division
                                       555 4th Street, N.W., Room E-4204
                                       Washington, D.C. 20530
                                       (202) 514-7137