UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE CACHO, M.D.,** ) <br> Commander, U.S. Public Health Service, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL CHERTOFF, Secretary,** ) <br> Department of Homeland Security, ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 06-00292 (ESH) |

### ORDER

For the reasons explained in the accompanying Memorandum Opinion, defendant's "Motion to Dismiss or, In the Alternative, for Summary Judgment" [Nos. 8, 9] is hereby **DENIED IN PART**, and **GRANTED IN PART**. It is hereby

**ORDERED** that summary judgment be entered in favor of defendant, and the above-captioned action is **DISMISSED WITH PREJUDICE**.

                                                                       s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date: November 27, 2006